United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADMAN KARBASYOUN, §<br>  Plaintiff, §<br> §<br>VS. §<br> §<br>JOS. A. BANK CLOTHIERS, LLC, §<br>  Defendant. § | CIVIL ACTION NO. 4:25-CV-02601 |

## ORDER OF DISMISSAL

On <u>August 5, 2025</u>, the Plaintiff filed a Notice of Voluntary Dismissal with prejudice (Dkt. #12) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on August 8, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE